

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 07-20153-01-D |
| ) | |
| FAUSTINO CAMPOS ) | |
| ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA AND *SETTING*

This cause came to be heard on October 15, 2007 the United States Attorney for this district, Stephen Hall, appearing for the Government and the defendant, Faustino Campos, appearing in person and with counsel, Tom Smith, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count(s) 1 and 2 of the indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **set for Monday, January 14, 2008 at 1:45 p.m. Courtroom No. 3, 9th Floor, before Judge Bernice B. Donald.**

Defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 18th day of October, 2007.

S/Bernice B. Donald

**Bernice B. Donald**
**UNITED STATES DISTRICT JUDGE**